# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ABDUL M. SAAFIR,<br><br>Petitioner,<br><br>v.<br><br>S. MARSH, Warden,<br><br>Respondent. | Case No. CV 19-06784-DFM<br><br>JUDGMENT |

Pursuant to the Court's Opinion and Order Granting Respondent's Motion to Dismiss,

IT IS ADJUDGED that the Petition is denied as untimely and this action dismissed with prejudice.

Date: February 28, 2020

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge